UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

**MINUTES OF PROCEEDINGS**

NEWARK                                            DATE: April 23, 2015

JUDGE: Susan D. Wigenton

COURT REPORTER: Carmen Liloia

DEPUTY CLERK: Carmen D. Soto

Title of Case:                                    Lead Docket# 09-4414
                                                  Member Docket# 10-3043

IN RE: ZIMMER DUROM HIP CUP PRODUCTS LIABILITY LITIGATION
CHRISTINE BRADY v. ZIMMER, INC., ET AL.


**Appearances**:
Kyla Gail Cole, Esq. For Pltf
George Tankard, Esq. For Pltf
Troyce Wolf, Esq. For Pltf
Adrienne Franco Buslay, Esq. For Deft
J. Joseph Tanner, Esq. For Deft
Andrew L. Campbell, Esq. For Deft
Stephanie N. Russo, Esq. For Deft
Zane Riester, Esq. For Deft
Edward J. Fanning, Jr., Esq. For Deft


Nature of Proceeding:   **PRETRIAL CONFERENCE/MOTION HEARING**

Pretrial conference held;
Motion hearing held on dft's motion for summary judgment [Entry # 646-10];
Ordered motion for summary judgment denied in part; granted in part;
Motion hearing held on dft's motion for bifurcation [Entry # 104 & 105];
Ordered motion for bifurcation granted;
Hearing held on pltf's motion to amend complaint [Entry # 107-3];
Ordered motion to amend complaint denied.


Time Commenced 11:40 a.m.
Time Adjourned  2:40 p.m.

cc: chambers                                      Carmen D. Soto
                                                  Deputy Clerk