UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

**MINUTES OF PROCEEDINGS**

NEWARK                                    DATE: May 11, 2015

JUDGE: Susan D. Wigenton

COURT REPORTER: Carmen Liloia

DEPUTY CLERK: Carmen D. Soto

Title of Case:                            Lead Docket# 09-4414
                                          Member Docket# 10-3043


IN RE: ZIMMER DUROM HIP CUP PRODUCTS LIABILITY LITIGATION
CHRISTINE BRADY v. ZIMMER, INC., ET AL.

**Appearances:**
Kyla Gail Cole, Esq. For Pltf
George Tankard, Esq. For Pltf
Troyce Wolf, Esq. For Pltf
Adrienne Franco Busby, Esq. For Deft
J. Joseph Tanner, Esq. For Deft
Zane Riester, Esq. For Deft
Edward J. Fanning, Jr., Esq. For Deft
Andrew L. Campbell, Esq. For Deft
Stephanie N. Russo, Esq. For Deft

Nature of Proceeding:  **JURY TRIAL**

Issues placed on the record (jury not present).

Trial with jury moved at 9:30 a.m.  Pltf Present.

        Doña Reust       Sworn

        Portions of Ms. Christine Brady's deposition read into the
record by George Tankard, Esq. and Desire Grace.

        Defense rests.

        Plaintiff rests.

        Troyce Wolfe, Esq. Closed for Pltf
        J. Joseph Tanner, Esq. Closed for Dfts

        Trial with jury adjourned at 3:45 p.m. until 5/12/15 at 10:00
a.m.

Time Commenced 9:30 a.m.
Time Adjourned 3:45 p.m.

cc: chambers                          Carmen D. Soto
                                      Deputy Clerk