UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

**MINUTES OF PROCEEDINGS**

NEWARK                                          DATE: May 12, 2015

JUDGE: Susan D. Wigenton

COURT REPORTER: Carmen Liloia

DEPUTY CLERK: Carmen D. Soto

Title of Case:                           Lead Docket# 09-4414
                                         Member Docket# 10-3043

IN RE: ZIMMER DUROM HIP CUP PRODUCTS LIABILITY LITIGATION
CHRISTINE BRADY v. ZIMMER, INC., ET AL.

**Appearances:**
Kyla Gail Cole, Esq. For Pltf
George Tankard, Esq. For Pltf
Troyce Wolf, Esq. For Pltf
Adrienne Franco Busby, Esq. For Deft
J. Joseph Tanner, Esq. For Deft
Zane Riester, Esq. For Deft
Edward J. Fanning, Jr., Esq. For Deft
Andrew L. Campbell, Esq. For Deft
Stephanie N. Russo, Esq. For Deft

Nature of Proceeding:   **JURY TRIAL**

Issues placed on the record (jury not present).

Trial with jury moved at 10:10 a.m.  Pltf Present.

Jury charged.

CSO Dominick Bertoldi sworn.

Lunch ordered from Hobby's, Newark NJ for 8 Jurors.

Jury deliberations begun at 11:40 a.m.

Jury returned to courtroom at 12:49 with verdict.

Verdict in favor of defendant.

Jury polled and all jurors concurred with the verdict as rendered by their foreperson.

Jury Communication 1 filed.

Verdict sheet filed.

Exhibit and Witness Lists filed.

Jury trial concluded.

Time Commenced 10:10 a.m.
Time Adjourned  1:30 p.m.

cc: chambers                                    Carmen D. Soto
                                                Deputy Clerk