UNITED STATES DISTRICT COURT
DISTRICT of NEW JERSEY

CHRISTINE BRADY

Cv. 10-3043

Jury Communication # 1

-v-

ZIMMER, INC. ZIMMER HOLDINGS, INC.
and WILSON/PHILLIPS HOLDINGS, INC.
a/k/a ZIMMER WILSON PHILLIPS

We have reached a Verdict

DATE: 5/12/15  TIME: 12:49

FOREPERSON: _____