UNITED STATES DISTRICT COURT

DISTRICT OF NEW JERSEY

| | |
|---|---|
| CHRISTINE BRADY, | Case No.: 2:10-cv-03043 (SDW-SCM) |
| Plaintiff, | MDL No. 2158 |
| vs. | HON. SUSAN D. WIGENTON, |
| ZIMMER, INC., ZIMMER HOLDINGS, INC., and WILSON/PHILLIPS HOLDINGS, INC. a/k/a ZIMMER WILSON PHILLIPS, | U.S.D.J. |
| Defendants. | |

## **VERDICT SHEET**

What was the first date that Plaintiff, Christine Brady, had actual or constructive knowledge to make an inquiry as to a claim or injury related to the Durom Cup? (Please insert date below.)

_December 18 2008_

_____     _5/12/15_
Foreperson                                          Date